IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| In re:<br><br>Corey Lee Chambers,<br>Kelsey Leanne Chambers,<br><br>Debtors.<br><br>1906 Mystery Hill Drive<br>Pleasant Hill, Missouri 64080<br>SSN: xxx-xx-2255<br>SSN: xxx-xx-9446 | Case No.: 22-40314-drd13 |

## APPLICATION FOR COMPENSATION FOR ATTORNEY FEES TO BE PAID THROUGH THE CHAPTER 13 PLAN

COMES NOW Sader Law Firm, LLC, by and through its undersigned counsel and states that it is the attorney for the Debtor(s) in this Chapter 13 bankruptcy case. Counsel is seeking attorney fees pursuant to FRBP 2016(a) for work incurred on numerous matters from May 1, 2023 through August 31, 2023. In support of this Application, counsel states as follows:

1. The Debtor(s) filed under Chapter 13 on March 19, 2022. An Order Confirming the Chapter 13 Plan was entered by the Court on June 16, 2022. The last Application for Compensation was filed on May 4, 2023.

2. Among the matters counsel has dealt with during the time period referenced above: updated client's Wage Order and prepared Motion to Incur new debt for vehicle; prepared Amended budget per discussions with client.

3. Attached as an exhibit to this Motion is a listing of the date's services were provided and the amounts of time incurred by this firm. In summary, the attached bill consists of the following totals:

a. Total hours of attorney Christian B. Taylor billed time – 4.10 @ $250.00 per hour = $1,025.00

b. Total hours of paralegal Rochelle L. Vasquez billed time – 1.30 @ $110.00 per hour = $143.00

c. Total hours of paralegal Linda A. Moberg billed time – 0.00 @ $110.00 per hour = $0.00

d. Total hours of paralegal Connie S. Montemayor billed time - 0.00 @ $120.00 per hour = $0.00

e. Postage (122 @ .63) = $76.86

f. Photocopies (427 @ .17) = $72.59

g. Pacer Fees =

A copy of the current billing statement reflecting these charges is attached herein as Exhibit "A".

4. Counsel for the debtor is requesting compensation for professional services at the following rates:

| | |
|---|---|
| Neil S. Sader | $290.00/per hour |
| Bradley D. McCormack | $290.00/per hour |
| Steven M. Long | $285.00/per hour |
| Stephan S. Krogmeier | $250.00/per hour |
| Christian B. Taylor | $250.00/per hour |

| | |
|---|---|
| Connie S. Montemayor | $120.00/per hour |
| Rochelle L. Vasquez | $110.00/per hour |
| Linda A. Moberg | $110.00/per hour |

Counsel for the debtor(s) states this is its standard hourly rate for these types of services. In addition, counsel states that no fees for time incurred (copy and postage costs only will be billed in subsequent applications) have been charged in association with the preparation of this Fee Application.

5. Counsel states that the following payment(s) (which do not include any of the amounts requested in this Application) have either been made or promised to counsel for services rendered in connection with this case:

Fee Paid Outside:         $1,508.00
Fees Approved in Plan:    $6,574.32
Fees Paid in Plan:        $3,563.13

6. The source of the compensation received has either been from the debtor or debtor's wages.

7. Counsel states that none of the compensation received has been shared with another entity. Further, there is no agreement or understanding between counsel and any other entity for the sharing of said compensation.

8. Counsel for the debtor(s) indicates that the above services have been completed, and as a result, the debtor(s) remains in Chapter 13 bankruptcy. Counsel states that the work performed for the debtor has been of substantial benefit to the debtor(s) and the estate, and as a result, requests compensation in the amount of $1,168.00 plus expenses of $149.45 for a total due of $1,317.45.

WHEREFORE, counsel for the debtor(s) respectfully requests this court allow attorney fees from May 1, 2023 through August 31, 2023 in the amount of $1,168.00 plus expenses of $149.45 for a total due of $1,317.45 to be paid through the Chapter 13 Plan.

SADER LAW FIRM, LLC

By: /s/ *Christian B. Taylor*
Christian B. Taylor, MO#73039
2345 Grand Boulevard, Suite 2150
Kansas City, Missouri 64108-2663
816-561-1818
Fax: 816-561-0818
Direct Dial: 818-595-1806
ctaylor@saderlawfirm.com

### NOTICE OF APPLICATION FOR COMPENSATION

Any response to the motion must be filed with 21 days of the date of this notice, pursuant to Local rule 9013-1C, with the Clerk of the United States Bankruptcy Court. Parties represented by an attorney shall file electronically at https://ecf.mowb.uscourts.gov. Pro se parties shall mail filings to: United States Bankruptcy Court, Western District of Missouri, 400 East 9th Street, Room 1510, Kansas City, MO 64106. Pursuant to 9013-1D, responses shall address the merits of the motion and, if applicable, set out actions to remedy the particular problem. The Court will serve such response electronically on the Trustee, debtor's attorney and all other parties to the case who have registered for electronic filing. Respondent shall serve all parties who are not served electronically.

If a response is timely filed, a hearing will be held on a date and time determined by the Court. Notice of such hearing will be provided to all parties in interest. If no response is filed within 21 days, the Court will enter an order.

For information about electronic filing go to www.mow.uscourts.gov or call the Court's HELP line at 1-800-466-9302.

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the Application for Compensation for Attorney Fees to be Paid through the Chapter 13 Plan was served, in

addition to the parties notified by US Bankruptcy Court's electronic notification, upon the debtor and upon the creditor matrix via U. S. First Class Mail, postage prepaid, this day of September 1, 2023 and the U.S. Trustee by email at [USTP.Region13.KC.Fees@usdoj.gov](mailto:USTP.Region13.KC.Fees@usdoj.gov).

/s/ *Christian B. Taylor*
Christian B. Taylor, Attorney

https://saderlawfirm.sharepoint.com/sites/slfdocuments/shared documents/bankruptcycurrent/post confirmation fees/2023/august/cbt/applicationforcompensation - chambers, corey & kelsey.docx

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0866-4<br>Case 22-40314-drd13<br>Western District of Missouri<br>Kansas City<br>Tue Aug  2 13:58:05 CDT 2022 | Missouri Department of Revenue<br>Bankruptcy Unit<br>P.O Box 475<br>Jefferson City, MO 65105-0475 | PRA  Receivables Management LLC<br>POB 41067<br>Norfolk, VA 23541-1067 |
| A&M Finance, L.L.C<br>2151 N.E. Independence Ave.<br>Lees Summit, MO 64064-2314 | (p)ARVEST BANK<br>P O BOX 11110<br>FORT SMITH AR 72917-1110 | Advance America<br>221 Bolivar St.<br>Jefferson City, MO 65101-1572 |
| Advance America, Cash Advance Centers of MO,<br>135 N. Church Street<br>135 N. Church Street<br>Spartanburg, SC 29306-5138 | Arvest Bank<br>201 NE A Street<br>Bentonville, AR 72712-5388 | Attorney General, Main Justice Building<br>950 Pennsylvania Avenue NW<br>Washington, DC 20530-0001 |
| BOKF<br>7060 S Yale Ave Ste 200<br>Tulsa, OK 74136-5721 | BOKF, N.A.<br>c/o Bank of Oklahoma, N.A.<br>7060 S. Yale, Suite 200<br>Tulsa, OK 74136-5721 | Bessine Walterbach, LLP<br>3000 NE Brooktree Ln., Ste. 100<br>Kansas City, MO 64119-1861 |
| Buffalo Lake Lending<br>PO Box 254<br>Fort Thompson, SD 57339-0254 | Capital One<br>PO Box 3043<br>Milwaukee, WI 53201-3043 | Capital One<br>PO Box 71083<br>Charlotte, NC 28272-1083 |
| CashNet USA<br>64B Old Suncook Road<br>Concord, NH 03301-7317 | CashNetUSA<br>175 W Jackson Blvd<br>Suite 1000<br>Chicago, IL 60604-2863 | Cass County Collector<br>2725 Cantrell Rd<br>Harrisonville, MO 64701-4004 |
| Check Into Cash<br>201 Keith St. SW, Ste 80<br>Cleveland, TN 37311-5867 | Check Into Cash<br>PO Box 550<br>Cleveland, TN 37364-0550 | Clear Recovery Inc.<br>4005 S. 148th St.<br>Omaha, NE 68137-5561 |
| (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 | Discover Bank<br>Po Box 30939<br>Salt Lake City, UT 84130-0939 |
| Evergy Missouri West f/k/a KCP&L<br>%Bankruptcy Dep<br>PO Box 11739<br>Kansas City, MO 64138-0239 | Farmers Insurance<br>6301 Owensmouth Ave.<br>Woodland Hills 91367-2212 | (p)FIRST CREDIT SERVICES  INC<br>ATTN COMPLIANCE<br>9 WILLS WAY BLDG 3<br>PISCATAWAY NJ 08854-3770 |
| Gerber Life Agency LLC<br>40600 Ann Arbor Rd. E Suite 201<br>Plymouth MI 48170-4675 | Gerber Life Insurance<br>445 State Street<br>Fremont MI 49412-1179 | Instant Auto<br>2151 NE Independence Ave.<br>Lees Summit, MO 64064-2314 |

Intercoastal Financial Llc
7954 Transit Rd #136
Williamsville, NY 14221-4117

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

(p)JPMORGAN CHASE BANK N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

Jessie Borland
820 S. Savage Street
Independence MO 64050-4646

Juanita Kauffman
10500 SE 570 Road
Collins MO 64738-8139

Kansas Counselors Inc.
8725 Rosehill Rd Ste 415
Lenexa, KS 66215-4611

Kohl's
Peritus Portfolio Services II, LLC
PO BOX 141509
IRVING, TX 75014-1509

(p)QCHI
PO BOX 14948
LENEXA KS 66285-4948

(p)MCNEILEPAPPAS PC
7500 W 110TH ST
SUITE 110
OVERLAND PARK KS 66210-2476

Millsap & Singer, LLC
612 Spirit Dr.
Chesterfield, MO 63005-1259

Money Stash MO LLC
1501 Westport Rd., Ste. 101
Kansas City, MO 64111-4366

(p)NEBRASKA FURNITURE MART
ATTN LEGAL DEPT
PO BOX 3000
OMAHA NE 68103-3030

Nebraska Furniture Mart
PO BOX 3000
Omaha, NE 68103-3030

Nelnet
Po Box 82561
Lincoln, NE 68501-2561

Nelnet on behalf of Trellis Company
Trellis Company
PO Box 83100
Round Rock TX 78683-3100

OneMain Financial
PO Box 3251
Evansville, IN 47731-3251

Onemain
Po Box 1010
Evansville, IN 47706-1010

PRA Receivables Management, LLC as agent of
Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541-1067

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Sugarland Estates HOA c/o Kathryn Griffin
1010 Industrial Drive
Pleasant Hill, MO 64080-9551

Sugarland Estates Home Owners Association, I
PO Box 276
Pleasant Hill, MO 64080-0276

(p)U S  ATTORNEY FOR THE WESTERN DISTRICT OF
ATTN BANKRUPTCY
400 E 9TH ST
SUITE 5510
KANSAS CITY MO 64106-2637

United Consumers Credit Union
1111 E. 23rd St. S.
Independence, MO 64055-1615

University Health Truman Medical Center
2301 Holmes St.
Kansas City, MO 64108-2640

Verizon
by American InfoSource as agent
PO Box 4457
Houston, TX  77210-4457

Verizon Wireless
1095 Avenue of the Americas
New York NY 10036-6704

Wells Fargo Dealer Svc
Po Box 10709
Raleigh, NC 27605-0709

Corey Lee Chambers
1906 Mystery Hill Drive
Pleasant Hill, MO 64080-1941

James N. Boyce
Sader Law Firm, LLC
2345 Grand Blvd
Ste 2150
Kansas City, MO 64108-2665

Kelsey Leanne Chambers
1906 Mystery Hill Drive
Pleasant Hill, MO 64080-1941

(p)OFFICE OF THE CHAPTER 13 TRUSTEE
ATTN RICHARD V FINK
2345 GRAND BLVD SUITE 1200
KANSAS CITY MO 64108-0001

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

ARVEST BANK
502 S MAIN
TULSA, OK 74103

Discover Bank
6500 New Albany Rd. E
New Albany, OH 43054

First Credit Services
9 Wills Way
Piscataway, NJ 08854

JP Morgan Chase
Po Box 15369
Wilmington, DE 19850

Lendnation
8725 Blue Ridge Boulevard
Kansas City, MO 64138

McNeilePappas PC
7500 W. 110th St., Ste. 110
Overland Park, KS 66210

Nebraska Furniture Mart
700 S 72nd St
Omaha, NE 68114

Portfolio Recovery Associates
120 Corporate Blvd, Ste 1
Norfolk, VA 23502

(d)Portfolio Recovery Associates
150 Corporate Blvd
Norfolk, VA 23502

(d)Portfolio Recovery Associates, LLC
POB 12914
Norfolk VA 23541

U.S. Attorney, WDMO- Bankruptcy
400 East 9th Street, Room 5510
Kansas City, MO 64106

Richard Fink
Suite 1200
2345 Grand Blvd.
Kansas City, MO 64108-2663

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)BOKF, N.A.

End of Label Matrix
Mailable recipients   60
Bypassed recipients    1
Total                 61



2345 Grand Boulevard
Suite 2150
Kansas City, MO 64108
816-561-1818
www.saderlawfirm.com

August 31, 2023

Mr. Corey Lee Chambers
Ms. Kelsey Leanne Chambers
1906 Mystery Hill Drive
Pleasant Hill, MO 64080

Invoice Period: 05-09-2023 - 08-31-2023

Chapter 13 Attorney Fees
Case No: 22-40314-drd13
Filed: March 19, 2022
Confirmed: June 16, 2022
SSN: xxx-xx-2255
SSN: xxx-xx-9446

## Time Details

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05-09-2023 | CBT | Received email from Trustee's office asking if client had pursued discrimination claim; forwarded to client to verify that she did not | 0.20 | 250.00 | 50.00 |
| 05-10-2023 | RLV | Redact 92 pages of 2022 Taxes; upload redacted Taxes to Trustee for review | 0.60 | 110.00 | 66.00 |
| 05-30-2023 | CBT | Email correspondence with client re: updating Wage Order to split between both clients | 0.10 | 250.00 | 25.00 |
| 06-27-2023 | CBT | Two telephone calls with client re: Motion to Incur | 0.20 | 250.00 | 50.00 |
| 07-21-2023 | CBT | Telephone call with client re: remaining plan length and motion to incur (0.2); began preparing Motion to Incur and Motion to Expedite (0.8); sent follow up email to client re: needing more details (0.1) | 1.10 | 250.00 | 275.00 |
| 07-25-2023 | CBT | Received client email with remaining details for Motion to Incur and Motion to Expediate and updated both (.6 NC) | 0.60 | 250.00 | No Charge |
| 07-26-2023 | CBT | Reviewed schedules and sent email to client explaining we'll need updated schedules to show they can afford the Plan payment and the additional vehicle payment for the Motion to Incur; telephone call with client discussing | 0.80 | 250.00 | 200.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | amended budget and Chapter 13 Plan; reviewed Proof of Claim and emailed creditor attorney for United Consumers Credit Union | | | |
| 07-28-2023 | CBT | Sent text reminder to client to provide paystubs for an updated budget; received and reviewed paystubs; reviewed updated Schedules I and J | 0.60 | 250.00 | 150.00 |
| 07-31-2023 | CBT | Received and reviewed additional paystubs; made changes to the schedules for Motion to Incur | 0.50 | 250.00 | 125.00 |
| 08-01-2023 | RLV | Continue amending schedules I & J to show update income and expenses (.3); send amended schedules I & J and verification for electronic signatures (.1); correspondence via email to clients discussing the filed stamped copy of the Motion to Incur Debt | 0.50 | 110.00 | 55.00 |
| 08-02-2023 | CBT | Received voicemail from client (0.1); attempted to return call, but no answer (0.1); telephone call with client answering questions about Wage Order and surrendered Jeep (0.2); received and reviewed Order Granting Motion to Incur and forwarded to client with explanation (0.2) | 0.60 | 250.00 | 150.00 |
| 08-02-2023 | RLV | Draft certificate of service for the Order Granting the Motion to Incur Debt with St. Clair County State Bank to obtain a 2017 Mercedes Benz GLE 350 | 0.20 | 110.00 | 22.00 |
| 08-10-2023 | CBT | Received and reviewed BOK Financial correspondence and forwarded to client with explanation (0.2 NC) | 0.20 | 250.00 | No Charge |
| | | **Total** | 6.20 | | 1,168.00 |

## Time Summary

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| Christian B. Taylor | 4.10 | 250.00 | 1,025.00 |
| Christian B. Taylor - No Charge | 0.80 | 0.00 | 0.00 |
| Rochelle L. Vasquez | 1.30 | 110.00 | 143.00 |
| **Total** | 6.20 | | 1,168.00 |

## Expenses

| Date | Description | Price | Qty | Amount |
|---|---|---|---|---|
| 08-01-2023 | Postage for service of Motion to Incur Debt for 2017 Mercedes GLE350, Motion to Expedite (61 @ .63) | 0.63 | 61 | 38.43 |
| 08-01-2023 | Photocopies for service of Motion to Incur Debt for 2017 Mercedes GLE350, Motion to Expedite (305 @ .17) | 0.17 | 305 | 51.85 |
| 08-03-2023 | Postage for service of Order Granting Motion to Incur Debt for 2017 Mercedes Benz (61 @ .63) | 0.63 | 61 | 38.43 |

| Date | Description | Price | Qty | Amount |
|---|---|---|---|---|
| 08-03-2023 | Photocopies for service of Order Granting Motion to Incur Debt for 2017 Mercedes Benz (122 @ .17) | 0.17 | 122 | 20.74 |
| | **Total Expenses** | | | 149.45 |

**Expense Summary**

| Expense | Qty | Amount |
|---|---|---|
| Photocopies | 427 | 72.59 |
| Postage | 122 | 76.86 |
| **Total Expenses** | | 149.45 |

| | |
|---|---|
| **Total for this Invoice** | 1,317.45 |
| **Previous Invoice Balance** | 4,644.52 |
| Payment - 9011524 on 06-05-2023 | (527.74) |
| Payment - 9011613 on 07-06-2023 | (383.31) |
| Payment - 9011711 on 08-03-2023 | (306.28) |
| **Current Account Balance** | 4,744.64 |
| Trust Balance | 0.00 |
| **Total Amount to Pay** | **4,744.64** |